# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**WILLIAM ROBINSON** | **Case No. 2:14-cr-00455-JDW** |

## ORDER

**AND NOW**, this 25th day of June, 2021, upon consideration of the Amended Motion To Set Aside Or Correct Sentence Pursuant To 28 U.S.C. § 2255 (ECF No. 47), it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.